OPINION — AG — ** OKLAHOMA EMPLOYMENT SECURITIES COMMISSION — EXPENDITURES ** THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION MAY MAKE EXPENDITURES WHICH ARE NECESSARY FOR THE PROPER AND EFFICIENT ADMINISTRATION OF THE ACT. (RULES AND REGULATIONS, AUTHORITY, JURISDICTION, ASSESSMENT OF DUES) CITE: 40 O.S. 223 [40-223], 40 O.S. 221 [40-221], 40 O.S. 211 [40-211] (DONALD B. NEVARD)